UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN JACKSON, | ) | Case No. CV 12-8210 GAF (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| K. HOLLAND, Warden, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to this Court's Order,

IT IS ADJUDGED that the petition is dismissed with prejudice.

DATE: March 4, 2013 _____
HON. GARY A. FEESS
UNITED STATES DISTRICT JUDGE